```
1  Mahadhi Corzano (SBN: 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x255
   Fax: 866-583-3695
4  mcorzano@consumerlawcenter.com
   Attorneys for Plaintiff,
5  NOBLE CRAVER
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| NOBLE CRAVER, | ) Case No.: '11CV1445 L    WMC |
|---|---|
| Plaintiff, | ) COMPLAINT AND DEMAND FOR |
| v. | ) JURY TRIAL |
| THE KENTWOOD LAW GROUP, formerly | ) (Unlawful Debt Collection Practices) |
| known as THE LAW OFFICES OF SIDNEY | ) |
| H. MICKELL, | ) |
| Defendant. | ) |

### VERIFIED COMPLAINT

NOBLE CRAVER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against THE KENTWOOD LAW GROUP, formerly known as THE LAW OFFICES OF SIDNEY H. MICKELL, (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

///

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

## PARTIES

6. Plaintiff is a natural person residing in Santee, San Diego County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with its headquarters in Montclair, California.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant's representative, Douglas, told Plaintiff that he was an attorney seeking to collect an alleged debt from Plaintiff.

13. Defendant's representative, Douglas, later admitted to Plaintiff that he was not an

PLAINTIFF'S COMPLAINT

attorney but could transfer him to an attorney named Susan Bushall.

14. Defendant's representative Douglas threatened to file a lawsuit against Plaintiff if he did not agree to a payment plan of $50.00 per month.

15. Defendant contacted Plaintiff from 909-568-0750 and 866-204-3786.

16. Defendant contacted Plaintiff at his telephone number 619-322-5933.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b. Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so.

   c. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by falsely implying that Defendant's representative was an attorney.

   d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so.

WHEREFORE, Plaintiff, NOBLE CRAVER, respectfully requests judgment be entered against Defendant, THE KENTWOOD LAW GROUP, formerly known as THE LAW OFFICES OF SIDNEY H. MICKELL, for the following:

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

# COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

22. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.13(j)* of the RFDCPA by falsely representing that a legal proceeding is about to be instituted unless payment of a consumer debt is made by Plaintiff.

   b. Defendant violated *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, NOBLE CRAVER, respectfully requests judgment be entered against Defendant, THE KENTWOOD LAW GROUP, formerly known as THE LAW OFFICES OF SIDNEY H. MICKELL, for the following:

*23.* Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

25. Any other relief that this Honorable Court deems appropriate.

*///*
*///*
*///*
*///*
*///*
*///*

PLAINTIFF'S COMPLAINT

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, NOBLE CRAVER, demands a jury trial in this case.

                                    RESPECTFULLY SUBMITTED,

DATED: June 29, 2011              KROHN & MOSS, LTD.

By: /s/ Mahadhi Corzano

Mahadhi Corzano
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, NOBLE CRAVER, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, NOBLE CRAVER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 4/13/11                           _____
                                        NOBLE CRAVER