Mahadhi Corzano (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
NOBLE CRAVER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBLE CRAVER, | ) Case No.: 3:11-cv-01445-L - WMC |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| LAW OFFICE OF SUSAN ADDISON | ) |
| BLUSH, P.C. d/b/a THE KENTWOOD LAW | ) |
| GROUP | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, NOBLE CRAVER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

DATED: November 9, 2011          KROHN & MOSS, LTD.


                                 By: /s/ Mahadhi Corzano

                                     Mahadhi Corzano
                                     Attorney for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on November 9, 2011, I served all counsel of record via US Mail with a copy of this document to Susan Blush, 5050 Palo Verde St, #113, Montclair, CA 91763, Attorney for Defendant.


                                 By:    /s/ Mahadhi Corzano

                                        Mahadhi Corzano, Esq.

- 2 -