1  Mahadhi Corzano (SBN: 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x255
   Fax: 866-583-3695
4  mcorzano@consumerlawcenter.com
   Attorneys for Plaintiff,
5  NOBLE CRAVER

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| NOBLE CRAVER, | ) | Case No.: 3:11-cv-01445-L - WMC |
|---|---|---|
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| v. | ) | |
| LAW OFFICE OF SUSAN ADDISON BLUSH, P.C. d/b/a THE KENTWOOD LAW GROUP | ) | |
| Defendant. | | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, NOBLE CRAVER, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 12, 2011                            KROHN & MOSS, LTD.


                                                    By:/s/ Mahadhi Corzano

                                                    Mahadhi Corzano
                                                    Attorney for Plaintiff,
                                                    NOBLE CRAVER

1
2
**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on December 12, 2011, I served all counsel of record via US Mail with a copy of this document to Susan Blush, 5050 Palo Verde St, #113, Montclair, CA 91763, Attorney for Defendant.

By:   /s/ Mahadhi Corzano
       Mahadhi Corzano, Esq.